FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGELIO REYES-SONORA,<br><br>Defendant. | NO: 2:12-CR-145-RMP-1<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is the Government's Motion for Order of Dismissal with Prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, ECF No. 6.

Having reviewed the motion, the Court finds good cause to dismiss the Indictment as requested.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss with Prejudice, **ECF No. 6**, is
   **GRANTED**.

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ~ 1

2. The Indictment filed on December 19, 2012, ECF No. 1, is **DISMISSED WITH PREJUDICE**, and this case is **closed**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** June 9, 2022.

                        *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    Senior United States District Judge

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ~ 2